UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>SERGIO CHAVEZ-MACIAS, SERGIO CHAVEZ-VERDUZCO, ARMANDO OROZCO-GUILLEN<br><br>      Defendant. | Case No. 1:16-CR-67-BLW<br><br>**AMENDED PRETRIAL ORDER** |

In amendment of the Order issued May 12, 2017, the following rulings shall govern this case:

### Trial Schedule

May 22 -- 9:30 am to 5 pm
May 23 -- 8:30 am to 2:30 pm (with two 15 minute breaks)
May 26 -- 8:30 am to 2:30 pm (with two 15 minute breaks)
May 30 -- 8:30 am to 2:30 pm (with two 15 minute breaks)
May 31 -- 9:00 am to 5:00 pm (with lunch break 11:30 am to 1:30 pm)
June 1st -- 8:30 am to 2:30 pm (with two 15 minute breaks)

### Jurors

1. The defense will have 15 preemptory challenges and the Government shall have 9.

2. The Court will seat a jury of 14, two of which will be alternates.

3. Pursuant to Rule 24(b)(4)(A), the defense will one additional preemptory challenge for the alternate (one total, not one for each defendant). The Government will also have one additional preemptory challenge for the alternate.

4. You are responsible to advise your clients, your witnesses and everyone associated with your client to avoid all contact with the jurors.  This prohibition includes seemingly innocuous behavior like riding on an elevator with a juror, saying hello to a juror, or even acknowledging the juror's presence.

5. I try to conduct at least 1 or 2 informal jury instruction conferences off the record to try and resolve most differences by agreement.  Those sessions will be held at the end of the trial day and may stretch into the evening.  At the end of those sessions, we will have refined the issues of contention so that I can give you a set of my final instructions and you can state your objections on the record.

## Voir Dire

1. Following the Court's voir dire, the parties will each be given about 15 minutes to conduct their own voir dire.

## Evidence

1. **36-hour Notification:**  The parties agree that witnesses will be identified as to when they will testify 36 hours in advance, including a list of any demonstrative exhibits to be used by said witnesses.  For example, witnesses scheduled to testify on a Wednesday morning should be identified to the opposing party on Monday evening.

## Exclusion of Witnesses

1. All non-party witnesses will be excluded until they testify and have been released by the Court, with the exception of a case agent for the Government.

## Examination & Objections

1. When you announce the name of your witness, the Court or the clerk will summon them forward to be sworn, the clerk will administer the oath and, after the witness is seated, ask the witness to state their name and spell their last name for the record.  I will then indicate to counsel that they may inquire of the witness.

2. Please do not address parties or witnesses (including your own) by her or his first name unless such familiarity is clearly appropriate, and is not likely to be offensive to the witness or any juror.

    a.  In case of doubt, don't.

3. Your clients and your witnesses should be instructed that they should always refer to you and opposing counsel by their last names.

   Objections and motions before the jury should be very spare.

4. Examples of improper objections: "I object to that question, Your Honor, because I am sure that Charlie Witness didn't read that document very carefully before he signed it"; or, "I object, Your Honor, because Charlene Witness has already testified that she can't remember".  Obviously these "speaking objections" would suggest an answer.

5. While bench conferences can be distracting and are discouraged, they are preferable to statements such as those cited above.

6. Almost all objections should be stated in one to three words ("hearsay", "asked & answered", "irrelevant", etc.).

7. I never send the jury out of the courtroom to hear arguments of counsel.   If necessary, but only if necessary, counsel can raise an issue at a sidebar conference.

However, even those interruptions in the flow of the evidence will only be permitted if absolutely necessary.

DATED: May 17, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court