UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-067-BLW |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| SERGIO CHAVEZ-MACIAS, and SERGIO CHAVEZ-VERDUZCO, | |
| Defendants. | |

WHEREAS, on October 31, 2017, this Court entered Preliminary Orders of Forfeiture (ECF Nos. 157 and 158) as to the defendants herein pursuant to the provisions of 21 U.S.C. § 853, based upon the guilty verdicts entered in the above case on June 1, 2017 (ECF No. 142), finding the defendants guilty of a conspiracy to distribute methamphetamine.  The preliminary orders forfeit a personal money judgment against both defendants in an amount not to exceed the sum of $420,000 as set out in the forfeiture allegation of the Superseding Indictment and the preliminary orders entered after the return of such guilty verdicts; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the United States' Motion for Final Order of Forfeiture (ECF No.

FINAL ORDER OF FORFEITURE - 1

184) is GRANTED and the defendants shall forfeit to the United States the sum of $420,000.00, pursuant to 21 U.S.C. § 853.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $420,000.00, to satisfy the money judgment in whole or in part.

DATED: February 2, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge

FINAL ORDER OF FORFEITURE - 2